# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  BRAMLETTE, DAVID C. | 2. Court or Organization  U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 3. Date of Report  07/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ARTICLE III SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |
| 7. Chambers or Office Address  POST OFFICE BOX 928  NATCHEZ, MS 39121 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 07/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Mississippi Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property- Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | B | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | B | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | See Exp. in Article VIII |
| 12. Penn Mutual | A | Dividend | M | T | | | | | See Exp. in Article VIII |
| 13. New York Life | A | Dividend | L | T | | | | | See Exp. in Article VIII |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. - Mutual Funds | | | | | | | | | |
| 21. TS&W Equity Portfolio | A | Dividend | L | T | | | | | |
| 22. Transamerica TS&W | A | Dividend | J | T | | | | | |
| 23. -Municipal Bonds | | | | | | | | | |
| 24. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 25. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 26. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | | | | | |
| 27. Desoto Cnty. Miss. 3.75%23 GO UTY Due 11/1/23 | A | Interest | K | T | | | | | |
| 28. Lauderdale Cnty MIS 2%19 Due 4/1/19 | A | Interest | K | T | | | | | |
| 29. MS ST 5%22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 30. SM EDL BLDG CORP 3%18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 31. Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | | | | | |
| 32. City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | | | | | |
| 33. West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | | | | | |
| 34. Entergy ARKAN | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PROPERTY #1 | | | | | | | | | |
| 36. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 37. PROPERTY #2: | | | | | | | | | |
| 38. 1/20 int. Adams Co., MS 8/86 - $23,000 | C | Distribution | K | R | | | | | |
| 39. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 40. PROPERTY #3: | | | | | | | | | |
| 41. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 42. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 43. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 44. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 45. -Additional acres Adams County, MS 292,809 | | None | N | R | Buy | 11/13/15 | N | | Adams Cty, MS Court Sale |
| 46. PROPERTY #4: | | | | | | | | | |
| 47. Wilkinson County, MS - 10/87 - $60,000 | | Rent | M | R | | | | | |
| 48. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 49. PROPERTY #5: | | | | | | | | | |
| 50. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 51. PROPERTY #6: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 53. PROPERTY #7: | | | | | | | | | |
| 54. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 55. PROPERTY #8: | | | | | | | | | |
| 56. Commericial Row Woodville, MS - 1984 - $12,000 | C | Rent | J | R | | | | | |
| 57. PROPERTY #9: | | | | | | | | | |
| 58. Partnership int. Valley Farms, MS - 1980 - $200,000 | C | Distribution | M | R | Sold | 06/03/15 | L | | Timber Sale-So. Resources |
| 59. PROPERTY #10: | | | | | | | | | |
| 60. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 61. PROPERTY #11: | | | | | | | | | |
| 62. 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 63. PROPERTY #12: | | | | | | | | | |
| 64. 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 65. PROPERTY #13: | | | | | | | | | |
| 66. Noxubee Co., MS - 1983 - $30,000 | C | Distribution | M | R | | | | | |
| 67. PROPERTY #14: | | | | | | | | | |
| 68. 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PROPERTY #15: | | | | | | | | | |
| 70. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 71. PROPERTY #16: | | | | | | | | | |
| 72. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 73. PROPERTY #17: | | | | | | | | | |
| 74. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 75. -Additional int. Wilkinson County, MS - | C | Distribution | N | R | | | | | |
| 76. OG&M #1: | | | | | | | | | |
| 77. Non-producing OG&M in following counties: | | | | | | | | | |
| 78. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 79. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 80. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 81. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 82. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 83. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 84. OG&M #2: | | | | | | | | | |
| 85. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OG&M #3: | | | | | | | | | |
| 87. Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 88. OG&M #4: | | | | | | | | | |
| 89. Producing minerals Wilkinson County, MS - Plains Marketing | C | Royalty | J | W | | | | | |
| 90. OG&M #5: | | | | | | | | | |
| 91. Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |
| 92. OG&M #6: | | | | | | | | | |
| 93. Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 94. OG&M #7: | | | | | | | | | |
| 95. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 96. OG&M #8: | | | | | | | | | |
| 97. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 98. OG&M #9: | | | | | | | | | |
| 99. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 100. OG&M #10: | | | | | | | | | |
| 101. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 102. OG&M #11: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 104. OG&M #12: | | | | | | | | | |
| 105. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 106. OG&M #13: | | | | | | | | | |
| 107. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 108. PROPERTY #18: | | | | | | | | | |
| 109. Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 110. OG&M #14: | | | | | | | | | |
| 111. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 112. PROPERTY #19: | | | | | | | | | |
| 113. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 114. PROPERTY #20: | | | | | | | | | |
| 115. 3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | D | Rent | P1 | R | | | | | |
| 116. PROPERTY #21: | | | | | | | | | |
| 117. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 118. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 119. U. S. Govt. bonds | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 50% int. in Geoghegan Properties, Inc. LP | D | Dividend | P1 | T | | | | | |
| 121. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 122. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 123. Interest in Hard Times, Inc. | E | Distribution | M | T | | | | | |
| 124. PROPERTY #22: | | | | | | | | | |
| 125. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | E | None | M | R | | | | | |
| 126. PROPERTY #23: | | | | | | | | | |
| 127. 360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | G | Royalty | N | R | | | | | Halcon Oil |
| 128. | E | Royalty | | | | | | | SN Operating |
| 129. | E | Royalty | | | | | | | Sanchez Oil |
| 130. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 131. PROPERTY #24: | | | | | | | | | |
| 132. 1/4 int. in 70 acres, Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 133. PROPERTY #25: | | | | | | | | | |
| 134. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 135. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 136. PROPERTY #26: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 138. PROPERTY #27: | | | | | | | | | |
| 139. 67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 140. PROPERTY #28: | | | | | | | | | |
| 141. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 142. PROPERTY #29: | | | | | | | | | |
| 143. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 144. Addt'l 1/10th int. Wilkinson County, MS | | None | K | R | | | | | |
| 145. PROPERTY #30: | | | | | | | | | |
| 146. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 147. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 148. Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 149. United MS Bank CD | A | Interest | L | T | | | | | |
| 150. OG&M #16: | | | | | | | | | |
| 151. Producing minerals Alex Ventress - Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 152. PROPERTY #31: | | | | | | | | | |
| 153. 1/3 int. in 551 acres Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Exxon Mobil | B | Dividend | K | T | | | | | |
| 155. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 156. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 157. New Investment Acct. Stocks and Funds | | | | | | | | | |
| 158. Chevron | A | Dividend | K | T | | | | | |
| 159. -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 160. Microsoft Corp. | A | Dividend | J | T | Sold | | J | | See Exp. in Article VIII |
| 161. CSX Corp. | A | Dividend | J | T | Sold | 08/27/15 | J | | |
| 162. Boeing Co. | A | Dividend | J | T | Sold | 08/27/15 | J | | |
| 163. Honeywell Intl.Inc. | A | Dividend | J | T | Sold | 08/27/15 | J | | |
| 164. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 165. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 166. Eaton Corp PLC | A | Dividend | J | T | Sold | 08/27/15 | J | | |
| 167. OCH-ZIFF CAPTL MANGMT GR | A | Dividend | J | T | Sold | 12/08/15 | J | | |
| 168. Caterpillar Inc DEL | A | Dividend | J | T | Sold | 08/27/15 | J | | |
| 169. Halcon Resources | A | Dividend | | | Sold | 12/08/15 | J | | |
| 170. Intel Corp. | A | Dividend | J | T | Buy | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/27/15 | J | | |
| 172. PROPERTY #32: | | | | | | | | | |
| 173. Interest in house Woodville, MS - 2010 - $14,600 | | None | J | R | | | | | |
| 174. PROPERTY #33: | | | | | | | | | |
| 175. 1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | | None | N | R | | | | | |
| 176. OG&M #17: | | | | | | | | | |
| 177. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 178. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |
| 179. United MS Bank CD | A | Interest | L | T | | | | | |
| 180. PROPERTY #34: | | | | | | | | | |
| 181. 22% in 1700 acres, Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | | | | | |
| 182. OG&M #18: | | | | | | | | | |
| 183. Minerals Wilkinson, Jefferson County, MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 184. PROPERTY #35 | | | | | | | | | |
| 185. 1/3 int in Partnership in Wilkinson County MS -2/13/10 $746.053 | | None | L | R | Sold | 11/13/15 | M | | See Exp. in Article VIII |
| 186. | | | | | Sold | 11/13/15 | P1 | | See Exp. in Article VIII |
| 187. OG&M #19: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 189. New Retirement Account: | | | | | | | | | |
| 190. Corporate Bonds: | | | | | | | | | |
| 191. - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 192. Mutual Bonds: | | | | | | | | | |
| 193. -American Washington Mutual | A | Interest | K | T | | | | | |
| 194. -Transamerica Asset | A | Interest | K | T | | | | | |
| 195. PROPERTY #36 | | | | | | | | | |
| 196. House and lot in Natchez, Adams Co., MS 6/21/06-$175,000 | | None | M | R | | | | | |
| 197. OG&M #20:: | | | | | | | | | |
| 198. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 199. Investment Account #1 Britton & Koontz Bank | B | Interest | M | T | | | | | |
| 200. Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |
| 201. OG&M #21: | | | | | | | | | |
| 202. Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 203. PROPERTY #37: | | | | | | | | | |
| 204. Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  2008 - $106,000 | E | Royalty | K | W | | | | | |
| 206.  Real Estate Investment Trust: | | | | | | | | | |
| 207.  -American Realty Capital Global Trust - NOW National Securities Corp. | B | Dividend | K | T | | | | | Explanation in Art. VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 11 - First Colony Life is an insurance policy once owned by Judge David Bramlette and included in his Financial Disclosure Report. First Colony Life is now Genworth. This policy was transferred to a family member on December 10, 2012, and is no longer owned by Judge David Bramlette. This item should have been removed from the Financial Disclosure Report at the time of the transfer and will be removed on the 2016 report.

Line 12 - Penn Mutual was an insurance policy owned by Judge David Bramlette at the time of his initial Financial Disclosure Report. The policy lapsed approximately eight (8) years ago and was not removed from the report at that time and will be removed on the 2016 report.

Line 13 - New York Life was an insurance policy owned by Judge David Bramlette at the time of his initial Financial Disclosure Report. The policy lapsed approximately eight (8) years ago and was not removed from the rport at that time and will be removed on the 2016 report.

Line 161 - Microsoft stock was sold on 4/8/10. Sale was inadvertently omitted from 2010 FDR.

Line 185 - Timber Sale to Good Hope, Inc.

Line 186 - Timber and Property Sale to Carmouche Development, LLC

Line 208 - American Realty Capital Global Trust transferred to National Securities Corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DAVID C. BRAMLETTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544